JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ESTATE OF ROBERT V. SUTTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　Defendants. | Case No. 5:20-CV-00433-MCS (KKx)<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:　　None Set |

　　　　GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. That the operative First Amended Complaint, and each and every claim for relief thereof, be dismissed with prejudice.
2. All parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.
3. This Order for Dismissal is the result of a compromise of a disputed

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4848-1119-2805.1

claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: _____April 21_____, 2021

_____
Honorable Mark C. Scarsi
United States District Judge